```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
                        FORT PIERCE DIVISION
                   CASE NO. 12-14020-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JEREMY MICHAEL SCOTT,

        Defendant.
_____/

**ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on August 18, 2016.

Magistrate Judge Frank J. Lynch, held a Evidentiary Hearing and entered a Report and Recommendation on September 19, 2016 recommended that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of September, 2016.

                                                      _____
                                                      DONALD L. GRAHAM
                                                      UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
       Theodore Cooperstein, AUSA
       Fletcher Peacock, AFPD